UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31101 |
|---|---|
| VICKEY M JUSTUS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066321**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 16 | MERCY MEMORIAL HOSPITAL<br>BOX 73027<br>CLEVELAND, OH  44193 | 38.86 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service                06-31101

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

VICKEY M JUSTUS
15 PLEASANT STREET
MECHANICSBURG, OH  43044

JOHN C A JUERGENS
1504 N LIMESTONE ST
SPRINGFIELD, OH  45503

(22.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
BOX 8603
ELMHURST, IL  60126

(23.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(21.1n)
JOHN JANSING
124 E THIRD ST
SUITE 300
DAYTON, OH  45402

(16.1)
MERCY MEMORIAL HOSPITAL
BOX 73027
CLEVELAND, OH  44193

(24.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner            sv